Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | 609 5th Junior Mezz LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | 26-10579 |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 609 5th Propco LLC c/o Rosenberg & Estis PC  11 Grand Central New York, NY 10017 | | | Contingent | | | $563,648.34 |
| Anna Zarro 1100 Madison Ave,  6E New York, NY 10028 | | | Contingent | | | $142,000.00 |
| Bryan O'Sullivan Studio 180 Varick St #1010, New York, NY 10014 | | | Contingent | | | $26,302.50 |
| David Collins Studio Commercial ltd 74 Farm Lane, London, SW6 1QA, United Kingdom | | | Contingent | | | $108,765.20 |
| Enviro-Pro UnLTD Corp. 264 W 40th St New York, NY 10018 | | | Contingent | | | $12,000.00 |
| Greenberg Trager & Herbst, LLP 767 Third Avenue, Suite 2101 New York, NY 10017 | | | Contingent | | | $32,275.00 |
| GW Assets FZE P2-ELOB Office # E-27F-20 Hamriya Free Zone Sharjah, UAE | | | Disputed | Unknown | $0.00 | Unknown |
| Howard Shapiro & Associates 266 Merrick Rd #300 Lynbrook, NY 11563 | | | Contingent | | | $48,166.25 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | 609 5th Junior Mezz LLC | | Case number *(if known)* | 26-10579 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Integrated Aquatics Engineering, Inc. 700 W State Street Doylestown, PA 18901 | | Pool Engineer | Contingent | | | $5,520.00 |
| Metro Fire Safety Guards, Inc. c/o Romano & Associates - 350 Old Country Road, Suite 205 Garden City, NY 11530 | | | Contingent | | | $73,740.17 |
| Par Plumbing Co. Inc. 60 North Prospect Ave Lynbrook, NY 11563 | | | Contingent | | | $21,731.67 |
| Rafael Vinoly Architects PC 375 Pearl St 31st floor New York, NY 10038 | | | Contingent | | | $9,730.00 |
| Spire Scaffolding & Hoisting Corp. 1000 Anderson Ave Second Floor Fort Lee, NJ 07024 | | Scaffolding | Contingent | | | $13,609.38 |
| Vibra Analysis Inc. 79 Alexander Ave 6th Floor Armonk, NY 10504 | | | Contingent | | | $8,700.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy