# United States Bankruptcy Court
## Southern District of New York

In re ___609 5th Junior Mezz LLC_____  Case No. ___26-10579_____

Debtor(s)  Chapter  ___11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: ___March 19, 2026_____  ___/s/ Mark Taub_____

Mark Taub/Chief Restructuring Officer
Signer/Title

26-10579

609 5th Propco LLC
c/o Rosenberg & Estis PC
11 Grand Central
New York, NY 10017


Anna Zarro
1100 Madison Ave,
6E
New York, NY 10028


Bryan O'Sullivan Studio
180 Varick St #1010,
New York, NY 10014


Corporation Counsel of the City of NY
100 Church Street
New York, NY 10007


David Collins Studio Commercial ltd
74 Farm Lane, London, SW6 1QA, United Ki


Enviro-Pro UnLTD Corp.
264 W 40th St
New York, NY 10018


Greenberg Trager & Herbst, LLP
767 Third Avenue, Suite 2101
New York, NY 10017


Greenspoon Marder LLP
Attn: Mark S. Fawer, Esq.
1345 Avenue of the Americas Suite 2200
New York, NY 10105


GW Assets FZE
P2-ELOB Office # E-27F-20
Hamriya Free Zone Sharjah, UAE


Howard Shapiro & Associates
266 Merrick Rd #300
Lynbrook, NY 11563


Integrated Aquatics Engineering, Inc.
700 W State Street
Doylestown, PA 18901


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Metro Fire Safety Guards, Inc.
c/o Romano & Associates -
350 Old Country Road, Suite 205
Garden City, NY 11530

New York City Dept of Tax and Finance
66 John Street
2nd Floor
New York, NY 10038


NEW YORK STATE DEPT OF TAXATION AND FIN
BUILDING 8 - ROOM 45
W A HARRIMAN CAMPUS
Albany, NY 12227


NYS Attorney general's Office
28 Liberty Street
New York, NY 10005


Office for US Attorneys
United States Department of Justice
950 Pennsylvania Avenue, NW, Room 2242
Washington, DC 20530


Par Plumbing Co. Inc.
60 North Prospect Ave
Lynbrook, NY 11563


Rafael Vinoly Architects PC
375 Pearl St 31st floor
New York, NY 10038


Spire Scaffolding & Hoisting Corp.
1000 Anderson Ave
Second Floor
Fort Lee, NJ 07024


Vibra Analysis Inc.
79 Alexander Ave
6th Floor
Armonk, NY 10504